**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
TIMOTHY ORTIZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>TIMOTHY ORTIZ,<br><br>           Defendant. | Case No.: 1:14-CR-00101-2 DAD-BAM<br><br>**REQUEST FOR DEFENDANT, TIMOTHY ORTIZ, TO APPEAR BY VIDEO TELECONFERENCE FROM THE NORTHERN DISTRICT OF ILLINOIS;  ORDER**<br><br>Date:  April 21, 2016<br>Time: 11 A.M.<br>Hon. Barbara A. McAuliffe |

Defendant, TIMOTHY ORTIZ, by and through his attorney, Anthony P. Capozzi, hereby requests this Court for an order permitting him to waive his personal appearance at the arraignment scheduled for Thursday, April 21, 2016, and instead appear by video conference from the United States District Courthouse in Chicago, Illinois.  This request is made pursuant to Federal Rule of Criminal Procedure 10(c).

The government filed a superseding indictment against Mr. Ortiz on April 14, 2016. Mr. Ortiz has previously pleaded not guilty and intends to resolve these charges by a jury trial. Due to the return of the superseding indictment, it is necessary to arraign Mr. Ortiz on the new charges.  He currently resides in the Northern District of Illinois and does not have the funds to fly to California merely to enter a not guilty plea.  Defense counsel has provided a copy of the superseding indictment to Mr. Ortiz and has reviewed the charges with him.  It is Mr.

Ortiz's intention to enter a not guilty plea at the arraignment. The Defense respectfully requests that the Court permit Mr. Ortiz to appear before this Court on April 21, 2016, at 11 a.m. PDT by video conference whereby he will appear in the United States District Courthouse in Chicago, Illinois at a space to be designated by the Clerk's Office in the Norther District of Illinois. Pursuant to Fed. R. Crim. P. 10(b)(2), Mr. Ortiz consents to be arraigned by video teleconferencing. At all times, he will be represented by the undersigned who will appear before this Court at the arraignment.

DATED:  April 14, 2016   By:  */s/Timothy Ortiz*
TIMOTHY ORTIZ

Respectfully submitted,

DATED:  April 14, 2016   By:  */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant TIMOTHY ORTIZ

## ORDER

The Court having reviewed Defendant Timothy Ortiz's request to appear by video teleconference and upon finding good cause, hereby GRANTS the Defendant's request to appear at the arraignment scheduled for Thursday, April 21, 2016, at 11 a.m. PDT by video teleconference from the United States District Courthouse in Chicago, Illinois. The Defendant shall report to the United States District Courthouse in Chicago, Illinois on the above date at 1:00 p.m. CDT, at a room to be designated by the Clerk's Office in the Northern District of Illinois.

IT IS SO ORDERED.

Dated:  **April 18, 2016**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE