**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
TIMOTHY PATRICK ORTIZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TIMOTHY ORTIZ,<br><br>    Defendant. | Case No.: 1:14-cr-00101-DAD-BAM-2<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date: **October 31, 2017**<br>Time: **10:00 a.m.**<br>Courtroom: **5**<br>**Hon. David A. Drozd** |

**TO: THE HONORABLE COURT AND TO THE UNITED STATES ATTORNEY:**

Defendant, TIMOTHY ORTIZ and through his attorney of record, Anthony P. Capozzi and the United States Attorney by and through Karen Escobar, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 30, 2017, at 10:00 a.m.

2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **December 4, 2017, at 10:00 a.m.**

3. The parties agree and stipulate, and request that the Court find the following:

    a. The Defendant pled guilty on August 14, 2017.

    b. Parties need additional time to prepare and object to the Pre-Sentence Investigation Report.

c. The Government does not object to this continuance.

4. Additionally, the parties also agree to amend the briefing schedule as follows: the final Pre-Sentence Investigation Report will be due on November 13, 2017, Formal Objections will be due on November 20, 2017, and any replies will be due on November 27, 2017.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: October 11, 2017  By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant TIMOTHY PATRICK ORTIZ

DATED: October 11, 2017  By: */s/Karen A. Escobar*
KAREN A. ESCOBAR
Assistant United States Attorney

**ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause. The sentencing currently scheduled for October 30, 2017, at 10:00 a.m. is continued to **December 4, 2017, at 10:00 a.m.**, the final Pre-Sentence Investigation Report is due on November 13, 2017, Formal Objections are due on November 20, 2017, and replies are due on November 27, 2017.

IT IS SO ORDERED.

Dated: **October 11, 2017**

UNITED STATES DISTRICT JUDGE