**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
TIMOTHY PATRICK ORTIZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TIMOTHY ORTIZ,<br><br>　　　　　Defendant. | Case No.: 1:14-CR-00101-DAD-BAM-2<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date: **December 4, 2017**<br>Time: **10:00 a.m.**<br>Courtroom: **5**<br>**Hon. David A. Drozd** |

**TO:　THE HONORABLE COURT AND TO THE UNITED STATES ATTORNEY:**

　　　Defendant, TIMOTHY ORTIZ and through his attorney of record, Anthony P. Capozzi and the United States Attorney by and through Karen Escobar, hereby stipulate as follows:

　　　1.　By previous order, this matter was set for sentencing on December 4, 2017, at 10:00 a.m.

　　　2.　The parties agree and stipulate that Defendant requests this court to continue the sentencing until **January 29, 2018, at 10:00 a.m.**

　　　3.　The parties agree and stipulate, and request that the Court find the following:

　　　　　a. The Defendant pled guilty on August 14, 2017.

　　　　　b. Defense counsel was in a two week long jury trial when the final Presentence Report and Victim Impact Statements were filed.

c. Defense needs additional time to review the filings.

d. The Government does not object to this continuance.

4. Additionally, the parties also agree to amend the briefing schedule as follows: the Defendant's Sentencing Memorandum will be due on January 16, 2018, and any response will be due on January 22, 2018.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: November 30, 2017  By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant TIMOTHY PATRICK ORTIZ

DATED: November 30, 2017  By: */s/Karen A. Escobar*
KAREN A. ESCOBAR
Assistant United States Attorney

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for December 4, 2017, is continued until January 29, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd. The defendant's sentencing memorandum is due on January 16, 2018, and any response is due on January 22, 2018.

IT IS SO ORDERED.

Dated: **November 30, 2017**

UNITED STATES DISTRICT JUDGE