**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
TIMOTHY PATRICK ORTIZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>TIMOTHY ORTIZ,<br><br>        Defendant. | Case No.: 1:14-CR-00101-2 DAD<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date: **January 29, 2018**<br>Time: **10:00 a.m.**<br>Courtroom: **5**<br>**Hon. David A. Drozd** |

**TO: THE HONORABLE COURT AND TO THE UNITED STATES ATTORNEY:**

Defendant, TIMOTHY ORTIZ and through his attorney of record, Anthony P. Capozzi and the United States Attorney by and through Karen Escobar, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 29, 2018, at 10:00 a.m.

2. The parties agree and stipulate that Defendant requests this court to continue the sentencing until **February 12, 2018, at 11:00 a.m.**

3. The parties agree and stipulate, and request that the Court find the following:

    a. The Defendant pled guilty on August 14, 2017.

    b. Defense counsel was in a two week long jury trial when the final Presentence Report and Victim Impact Statements were filed.

c. Defense counsel is currently in a jury trial in *USA v. Jimmy Maldonado, et al.*, case number 1:14-cr-00109-LJO and will be attending the Commission on Judicial Performance hearings on January 30-31, 2018.

d. Defense counsel needs additional time to review the victim impact statements, sentencing memorandums and the unredacted memo that has been ordered to be produced "not later than January 30, 2018" (Doc. 357 and 383).

e. The Government does not object to this continuance.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: January 24, 2018     By: */s/Anthony P. Capozzi*
ANTHONY P. CAPOZZI
Attorney for Defendant TIMOTHY PATRICK ORTIZ

DATED: January 24, 2018     By: */s/Karen A. Escobar*
KAREN A. ESCOBAR
Assistant United States Attorney

**ORDER**

For reasons set forth above, the continuance requested by the parties is granted for good cause.

**IT IS ORDERED** that the sentencing currently scheduled for January 29, 2018, at 10:00 a.m. is continued to **February 12, 2018, at 11:00 a.m.**

IT IS SO ORDERED.

Dated: **January 24, 2018**                    Dale A. Drozd
UNITED STATES DISTRICT JUDGE