**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
TIMOTHY PATRICK ORTIZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

TIMOTHY ORTIZ,

      Defendant.

Case No.: 1:14-CR-00101-2 DAD

**REQUEST TO AMEND PRISON FACILITY RECOMMENDATION AND ORDER**

**TO:    THE HONORABLE COURT AND TO THE UNITED STATES ATTORNEY:**

      Defendant, TIMOTHY ORTIZ, by and through his attorney of record, Anthony P. Capozzi, hereby request that the court amend its prison recommendation issued on February 12, 2018.

      The minute order issued on February 12, 2018, states: "Court recommended FIRST the facility located in Thompson, Wisconsin." According to the Bureau of Prisons website the only federal facility in Wisconsin is the Federal Correctional Institution at Oxford.

      It is respectfully requested that the court amend its first choice recommendation to Oxford, Wisconsin.

///

///

Respectfully submitted,

DATED:     February 13, 2018     By:  */s/Anthony P. Capozzi*
                                        ANTHONY P. CAPOZZI
                                        Attorney for Defendant TIMOTHY PATRICK
                                        ORTIZ

## ORDER

**IT IS HEREBY ORDERED** that the court's recommendation regarding defendant's place of confinement designation be amended to the U.S. Bureau of Prisons facility located in Oxford, Wisconsin to the extent that recommendation is consistent with space availability and security classification with a secondary recommendation of a facility as near as possible to defendant's home in Chicago, Illinois in order to facilitate family visitation.

IT IS SO ORDERED.

Dated:   **February 13, 2018**                                    _____
                                                                  UNITED STATES DISTRICT JUDGE