McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
VINCENZA RABENN
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:14-CR-00101-DAD-BAM |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| TIMOTHY ORTIZ, TIMOTHY NEW, and NATALIE MIDDLETON, | |
| Defendants. | |

WHEREAS, on October 4, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(1), 21 U.S.C. § 334, 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b) based upon the plea agreements entered into between the United States and defendants Timothy New and Natalie Middleton forfeiting to the United States the following property:

   a. All right, title, and interest in any article of drug that is misbranded when introduced into or while in interstate commerce or while held for sale (whether or not the first sale) after shipment in interstate commerce, or which may not be introduced into interstate commerce,

   b. A personal forfeiture money judgment against defendant TIMOTHY NEW in the amount of $50,053.41, and

   c. A personal forfeiture money judgment against NATALIE MIDDLETON in the amount of $11,236.00.

1

AND WHEREAS, on August 18, 2017, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 21 U.S.C. § 334, 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b) based upon the plea agreement entered into between the United States and defendant Timothy Ortiz forfeiting to the United States the following property:

   a. All right, title, and interest in any article of drug that is misbranded when introduced into or while in interstate commerce or while held for sale (whether or not the first sale) after shipment in interstate commerce, or which may not be introduced into interstate commerce, and

   b. A personal forfeiture money judgment against defendant TIMOTHY ORTIZ in the amount of $137,110.58.

AND WHEREAS, the Court has been advised that no third party has filed a petition to the subject property, and the time in which any person or entity may file a petition has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 21 U.S.C. § 334, 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b), to be disposed of according to law, including all right, title, and interest of defendants Timothy New, Timothy Ortiz, and Natalie Middleton.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Internal Revenue Service – Criminal Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **May 29, 2019**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE